IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD SCHALLER,
    Plaintiff,

vs.                          Case No. 3:09cv191/MCR/EMT

STEVEN A. SHAW,
Deputy General Counsel for
Contractor Responsibility,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2009. (Doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's notice of voluntary dismissal (doc. 10) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 14th day of September, 2009.

                                    *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**